ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES

v.

400CV054
497CR181

KEITH G. COLEMAN

### ORDER

In that defendant Keith G. Coleman's appeals have been exhausted in this case, the Court **DENIES,** for docket-clearing purposes only, the following "straggler" motions· doc. # 296-1 (motion to supplement) and doc. # 301 (motion to amend exhibits).

This **23** day of November, 2004.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   4:00-cv-00054
Date Served:   November 23, 2004
Served By:

Attorneys Served:

Carlton R. Bourne Jr., Esq.
Amy Lee Copeland, Esq.
Keith G. Coleman
CRIMINAL DIVISION

✓ Copy placed in Minutes

✓ Copy given to Judge

___ Copy given to Magistrate