UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH, DIVISION

Keith G. Coleman, )
    Plaintiff/ Petitioner )
)
)
)
-vs- ) Case No. CV 400-054
) CR 497-181
)
UNITED STATES OF AMERICA )
    Defendant/ Respondent )
)

## MOTION AND REQUEST FOR DISCOVERY

**Comes** now the Plaintiff/Petitioner Keith G. Coleman, pro se and in forma pauperis in the above entitled cause, respectfully requesting this court to grant Petitioner leave to file "**Request for Discovery**," albeit this motion is file in good faith and not with a dilatory motive. Moreover, the follwing request is essential to the Petitioner's legal proceedings.

If it pleases the court;

Pro se Petitioner Keith G. Coleman (hereinafter—Coleman) respectfully request the transcripts of the following;

(1) The trial court's jury instructions given by Honorable B. Avant Edenfield in Case No. CV 400-054 / CR 497-181 dated on about 21st Nov. 1997.

(2) The transcript of the dismissal of jurors and the selection of alternate jurors after the trial but prior to the verdict, dated 21 Nov. 1997.

(3) A copy of the joint petition and subsequent order filed by the four judges in the District Court seeking disbarment of attorney Joyce Griggs,[1] alleging her conduct as vexatious, troublesome and reckless.[2]

(4) A copy of the order denying former attorney Joyce Griggs request for re-admission dated Feb. 17th 2004, as well as any order(s) or information in possession of the court submitted to the Georgia Supreme Court resulting to the disbarment of Joyce Griggs opinioning the same pattern of conduct alleged by this district court.

Coleman avers that the above request and scope of this discovery is set-forth in **Rule 26(b) Fed. R. Crim. Proc.**, regarding any matter not privileged, which is relevant to the subject-matter involved in an action, see **King v. Georgia Power Co., 50 F.R.D. 134, 136, (N.D. Ga. 1970)**. Coleman submits that the discovery requested is essentially relevant and to an ongoing legal process that has a bearing on a legal subject-matter.

Moreover Coleman's request is on all-fours with the Supreme Court's ruling explaining the rules regarding discovery which dictates [i]t as " broadly to

---

[1] Joyce Griggs was the former attorney for the Petitioner during [h]is trial and legal proceedings through the appeals process as well as filed a post-conviction habeas corpus.
[2] Joyce Griggs consented to disbarment on about May 10th, 2001.

encompass any matter that bears on, or reasonably could lead to other matters that could bear on, any matter that is or may be in the case, see **Oppenheimer Fund, Inc., v. Sanders,** 437 U.S. 340, 351 98 S.Ct. 2380 (1978)(footnotes omitted); accord, **Weiss v. Amoco Oil Co.,** 142 F.R.D. 311, 315 (S.D. Iowa 1992).

Coleman states that this request is not "cumulative or duplcative," nor is it more readily available from another source,hence, unduly burdensome to the court. Additionally, its benefit likely out-weighs any limit due to " burden or expense," due to the Constitutional nature of the request(s).

(5) Coleman request's his complete Post-Conviction docket sheet.

Sincerely Submitted

Keith G. Coleman
Reg. No. 09587-021
USP Coleman-1
PO Box 1033
Coleman, Fl. 33521-1033

Cc.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing motion(s) are true and correct to the best of my knowledge;

Sign this 20th day of July 2007.

/s/ _____
Keith G. Coleman 09587-021

Sincerely Submitted

_____
Keith G. Coleman
Reg. No. 09587-021
USP Coleman-1
PO Box 1033
Coleman, Fl. 33521-1033

# CERTIFICATE OF SERVICE

I, KEITH G. COLEMAN hereby certify that I have served a true and correct copy of the following:

        Motion To Proceed In forma Pauperis
        Motion For Discovery

Which is seemed filed at the time it was deliver to prison authorities for forwarding, *Houston v. Lack.* 101 L.Ed.2d 245 (1988), upon the defendant(s) and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

| (3) Copies | (1) Copy |
|---|---|
| UNITED STATES DISTRICT COURT | U.S. DEPT. OF JUSTICE |
| SOUTHERN DISTRICT OF GEORGIA | SOUTHERN DISTRICT OF GA. |
| SAVANNAH, DIVISION | SAVANNAH, DIVISION |
| PO BOX 8286 | P.O. BOX 8970 |
| SAVANNAH, GEORGIA 31412 | SAVANNAH, GEORGIA 31412 |

and deposited same in the United States Postal Mail at the United States Penitentiary,
on this: _____20th_____ day of: __July__ _____ ---2007

Keith G. Coleman
Reg. No. 09587-021
USP Coleman-1
PO Box 1033
Coleman, Fl. 33521-1033