# EXHIBIT 1

On about September 10th 1997, I was arrested and subsequently convicted on several Federal Drug offenses. Specifically, while employed as a police officer with the City of Savannah GA. I did attempt to aid and abet the distribution of cocaine, in violation of the Federal Drug laws. As a result of my poor decisions, selfish and reprehensible actions in committing these crimes, my family has been devastated, the City of Savannah suffered a gross embarrassment and I betrayed my oath as a public servant to my community.

Clearly, it has been nearly two decades since the error of my ways. Nonetheless, during this time there has been few, if any, moments during this period that my heart has not been heavy for those who were adversely affected by the terrible choices I made in becoming the very person I swore to protect the public from. Ultimately, I wish that I could change the realities of my past transgressions and annul the harm it has caused my family, the City of Sav. Police Dept. and the community as a whole. Without question, I am no longer the Keith Coleman of operation "Broken Oath" the term coin by the Federal Bureau of Investigation as a result of my wrongful conduct.

In no uncertain terms, the vitality of change from my past self-defeating ways compels me to write this letter of apology to those who have been either directly or indirectly affected by my egregious conduct. For such reasons, I sincerely apologize to my family, especially my mother, the City of Savannah Police Dept., and my community for the disappointment, embarrassment and harm I have caused you. I simply did not allow patience, integrity nor that consistent moral standard to take the lead when I was tempted and challenged by dishonest gains to a "quick-fix" to my financial struggles. I make no excuse, I clearly misrepresented the standard and let you guys down. Undoubtedly, I was given all the information that

was needed to make the right decision, but I failed to do so. I simply just did not follow the rules and for this I am truly sorry.

My poor decision has deprived my children of an opportunity to have their father physically present in their lives, and inhibited that support element that is essential to their lives. I cannot begin to quantify the harm I have caused them neither do I believe a simple apology will serve as sufficient to mend what I have broken as a result of my actions. But, I sincerely hope and pray this will be a positive step in the right direction to assist in the healing process.

I deeply regret that I knowingly abused and devastated the trust which was extended to me, as well as embarrassed the institution of honest policing by attempting to gain a dishonest advantage to my financial struggles by being paid to escort what I believe to be drug couriers within the City of Savannah Ga. The illusionary quick-fix to my financial concerns resulted in the Police Dept. suffering a realistic injurious blow to public trust in its fight against the trafficking of illegal drugs. The money I was paid for my services influenced me to turn a blind-eye to the obvious degenerative affect that illegal drugs, such as cocaine, has on a community. Had my efforts been actual crimes, as I believed them to be, rather than scenarios as they were, I would have knowingly contributed to the devastation of a community, and for this I am ashamed and I deeply regret the potential harm I caused. I accept and understand that it is of no moment whether or not my desire was only the money, for the fact remains that I was a willing participant in what I believe to be an illegal drug scheme.

I extend my apologies to the tax-payers who bears the burden of cost for my incarceration. Plainly, it cost tax-payers millions of dollars each year to sustain the growing cost of the prison

system. I deeply regret the financial sacrifices they have made in paying me for a standard of service that I failed to deliver. For this I ask your forgiveness. If there is any silver lining in this dark cloud, it is my hope and prayer that it will rest with the fact that there are yet many officers of integrity well worth the financial sacrifices you make for their services. My past failures are few to the greatness of the majority.

In conclusion, I submit to you that during my nearly two decades of incarceration, I did not waste my time. I committed to re-educating myself in spite of the tension between the abstract pursue of excellence and realistic limits of incarceration. I consistently evaluate my process of self-improvement so that I can gauge a realistic measure of my progress: Without doubt, I have been very deliberate in ensuring myself that I am not the same Keith Coleman of my past transgression. To be sure; I have re-committed my life to Christ and have been steadfast in my faith and Christian values. To be clear, I simply do my best to live that standard of faith and godliness I so boldly proclaim. As a result of renewing my state of mind, I have become determined to retake residence in that moral character of which I previously abandon with foolish choices. I am resilient in my goal to transform the experience of failing into a genuine benefit. I understand that I made a huge mistake, disappointed and cause substantial harm to many, and for this I am ashame and deeply remorseful. Now, my life has changed substantially, and I want to be able to say with a deep conviction, that my life did not end with this fall. But rather, the wisdom that this experience of adversity has imparted is the catalyst of my inner strength, hence, I have triumph and now able to live again to be a better man.

As a result, I am able to offer someone else who may be contemplating the same error or who may have failed in a similar way the most critical of psychological nutrients, and that is hope.

To this extent, I have continued to partake in character building techniques, enrolling in classes, such as Moral Reconation Therophy, teaching, counseling, and mentoring young men. The emergence of my personal and behavioral characteristics through the growth processes is evident in my daily living and witness by those who monitor my character.

I truly pray this absolute admission of wrong doing and letter of apology will serve as a substantial step in the atoning for my past transgressions. To my family, my community, the City of Savannah and those who I have harmed or potentially harm. I am truly sorry for the disappointment, shame or any harm I have caused by my egregious conduct. I appreciate your grace in considering my honest expressions of deep regret. May God Bless

Sincerely Submitted

[signature]