Case 4:97-cr-00181-DHB   Document 470-2   Filed 05/26/17   Page 1 of 9

# EXHIBIT 2

12 February 2015

President Barack Obama
c/o United State Department of Justice
Office of the Pardon Attorney
Washington, D.C. 20530

Dear President Obama,

I am the mother of Keith G. Coleman. In 1997 my son Keith, a first time offender, was sentenced to serve life in prison for a non-violent crime he committed. To date, he has remorsefully served over seventeen years of his sentence. I am writing you, Sir, humbly asking that you would grant my son pardon.

I know Keith made a terrible decision when he committed this crime and he has had to suffer through its consequences. I also know that the Keith of 1997 is not the same Keith of 2015. In fact, the Keith of today is the son I have always known before he committed this crime. Because I have had so many conversations with my son over the years, I know he was truly broken. As a mother, I walked with him through the guilt, shame, embarrassment, and hurt of the heavy burden he placed on me and his family. I cannot explain to you the pain and helplessness I felt hearing the voice of depression when my son would call me. There were times when I wondered if he would emotionally survive.

This was a very difficult and confusing situation for me as a parent. You see, Keith was second to the youngest of my eight children. He was the fifth son of six boys and the youngest son of my first marriage. Keith and I were very close because his father was absent. I tried very hard to be a good mother with the little time I did have outside of working and trying to provide food and shelter to care for him. Our bond grew closer and I watched him grow up and become a son of which I was very proud. His stepfather played a key role in his life at a very early age. He provided a solid spiritual foundation as well as a strong work ethic for Keith. My husband was influenced by the Great Depression so he was committed to creating self-sufficient means of income. He created various jobs and taught my sons the same philosophy of honest, hard work. Keith, being the youngest son at that time, spent a longer period of time with his stepfather than his brothers. He was a hard worker and respected his parents.

Keith was well liked and respected by his peers, teachers, and adults while growing up. He had a huge sense of humor and there was never a dull moment when he was around. While he lived with me, I have never had to address any seriously negative issues with him. He was always protective of me and was very considerate of the impact his behavior would have on me. He

often spoke of getting a good job so that he could assist in taking care of me during my elderly years.

The son presented in the courtroom was foreign to the son I knew. The Keith I knew was one with a heart for service. He served his country in Desert Storm. He served his community as a public servant at the local Police Department. He was committed to serving youth. He mentored at-risk youth as a coach for various non-profit athletic organizations. He served his church which was very small and he was always ready to offer help where it was needed.

Mr. President, my son has worked very hard in restoring his character and reputation. I am proud of him because deep down inside I knew he would come back to his roots. We are a family of faith and have been trusting God for divine intervention. I believe God started that process with my son who, after renewing his faith, rededicated his life back to God. Not only did he repent for the wrong he did, he also demonstrated his heart by working toward taking advantage of opportunities that would help him redefine himself along the way.

I am so proud my son was able to rewrite his life in the midst of an environment that presented scores of challenges. While imprisoned, he enrolled in classes and was able to receive certificates of success with above average scores. As a Pastor, I was particularly proud that he obtained a certificate of Ministry. He participated in and led various bible study groups. He also studied to become a Personal Trainer. He received a certificate in Heating and Air Conditioning Repair. He worked as a legal library clerk as well as in the laundry and kitchen departments. He was always involved in some form of education while in prison. I have received several self-help books shipped home that he has accumulated over the years. Keith is a self-motivator and commits himself to productive interest.

I know Keith will be a profit to society if given a second chance. He is still very passionate about serving. I believe that he will remain true to that calling in life. My family and I have devoted ourselves to supporting him with whatever resources are needed for his success. I am facing eighty years old in a short period of time. My ability to live alone securely has changed because I am not as sharp, strong or healthy as I was when I was younger. It would be a dream come true to have Keith in the house with me. Two of my other children have pledged to assist him in securing employment. One son has a trucking business and my daughter is prepared to hire him at her church in the maintenance department.

Mr. President, Keith has a seventeen year old daughter who has spent her entire life growing up visiting her father in prison. He has missed so many special moments. His older daughter graduated from high school and college receiving cards from her father apologizing for his absence. His young adult son needs him in his life so desperately. His wife lost hope in ever having a meaningful marriage. As his mother, hope is all I have. Sir, I ask of you that you would

make my hope real to me by granting my son pardon. I pray that God will guide you favorably in granting this request.

Thank you for your time in reading my heartfelt request.

Sincerely,

*Verlene Warnock*
Verlene Warnock



The Rev. Raphael G. Warnock, Ph.D.
*Senior Pastor*

March 12, 2015

President Barack Obama
c/o The Department of Justice
Office of the Pardon Attorney
Washington, D.C. 20530

Dear Mr. President:

I write in support of my older brother, Keith Coleman, an inmate at the Federal Correctional Institution in Estill, South Carolina seeking commutation of a life sentence without parole. He is now in his 17th year of that sentence.

Mr. President, like my brother, Keith, I acknowledge and I understand that his crimes are very serious. A rookie police officer at the time and the subject of an FBI sting, he was convicted of attempting to aid and abet the distribution of cocaine. Yet, for this betrayal of the public trust and the pain that it has caused, I do believe that he is deeply remorseful and profoundly rehabilitated. Moreover, with the support of me and other members of our family, he is ready to re-enter society as a productive citizen.

Keith is a first time offender convicted of a nonviolent crime in which no one was physically harmed and no actual drugs ever hit the streets. Moreover, he is a decorated veteran of Operation Desert Storm who entered the army immediately following his high school graduation and was honorably discharged on September 11, 1991. He also served in the Army National Guard and the United States Army Reserve.

As I take stock of our frequent conversations and his growth these last seventeen years, it is clear to me that the discipline of military service coupled with the foundation of faith laid well by my mother and our late father, both Pentecostal preachers, have served him well as he has sought to re-discover his ethical North Star and re-align his life in a manner consistent with his own highest values. Succinctly put, he is not the same man who entered prison all those years ago.

Quite honestly, while I am the pastor, I am in awe of his inner strength and the sense of hope that he has exemplified through such a long travail and the ways in which he has managed to negotiate the danger and pitfalls of penitentiary life, maintaining a stellar disciplinary record while amassing an impressive array of commendations to his ethics, his character and compassion. Keith has kept out of trouble while keeping himself very busy, consistently engaged in some educational or vocational program from construction to finance to computer literacy. During his time in prison, he has held positions in food services, office and administrative services and human services. Engaged in various Development Plans, he has significant experience and expertise in

Page 2

farming, forestry, fishing, maintenance and repair. Even while faced with the grim prospects of a life sentence, Keith Coleman has proactively readied himself for work.

Yet, should you respond favorably to our humble request, he will need a strong network of support. Please be assured that he has it. As his brother and as pastor of Ebenezer Baptist Church, I stand ready to directly provide and to coordinate, through my network of contacts, the resources and support he will need to turn a second chance into real success. He may enroll in one of several programs housed, through our non-profit partners like Operation HOPE, aimed at teaching life skills and moving people toward self-sufficiency. Moreover, several of my parishioners have their own businesses and have expressed a willingness to provide employment opportunities consistent with the skills he has acquired across the years. He has both the pastoral and parental support of my 76 year old mother who still lives and leads a church in Savannah and my sister, Joyce Hall, who is a pastor in the same city. Keith has maintained a great relationship with all of his children and they would all be aided by his return, especially the youngest daughter, Zoe, who was born around the time of his sentencing.

Mr. President, I beg of you, please commute his sentence to time served and give him a second chance, an extension of the grace that will allow him to pay his debt in a life of service rather than a life sentence.

Sincerely,

The Reverend Dr. Raphael G. Warnock

12 February 2015

President Barack Obama
c/o United State Department of Justice
Office of the Pardon Attorney
Washington, D.C. 20530

Dear Mr. President:

I am humbled and honored by the opportunity to request the attention of the President of the most powerful country in the world, the United States of America. I am fifty six years old and have never written a more important letter in my life. I am filled with gratitude to live in a country that extends me the privilege to request pardon on behalf of my brother, Keith, a first offender sentenced to life who has been imprisoned for over seventeen years. I am most grateful for your servant-leadership and thank you in advance for your favorable consideration.

I am Keith's oldest sister of eight siblings. I remember very vividly having to care for Keith when I was as young as five years old. My mother was a poor single parent raising six children with an estranged husband who was an alcoholic. We lived in a small town in Waycross, GA. When Keith was a baby, the neighbors would come by to assure my brothers and I were safe while my mother worked cleaning houses to provide for us. I have been intimately involved in Keith's life from that time and remain so even now.

We have had many intimate conversations over the years of his incarceration. He has always respected me as a major voice in his life and yields to my spiritual influence as a Christian and a Pastor. I have personally been involved in sharing and painfully witnessing his anguish in walking through the processes of true penitence and remorse for the crime he committed. There was times when I was seriously concerned about his emotional wellbeing during this process. He continuously expressed his remorse for the crime he committed and the pervasive impact it has had on his life as well as his wife, children, family, friends, church, and community at large.

My mother remarried when Keith was four years old. My step-father (who passed away at ninety years old longing to see his pardon) made an indelible impact upon Keith's life. A hard working, self-employed man, my step-father was a pastor and was well respected in the community. He instilled moral and spiritual values as well as strong work ethics in all of us. He was particularly close to Keith mainly because Keith was younger and he enjoyed learning and working. Keith realizes and acknowledges he made a very poor, negative, and life altering decision in choosing to abandon those principles that informed his life before committing this criminal offense.

Keith is a first time offender and has had no history of violence or drug use. He was respected and well received even among other public figures. His high school principal, Mrs. Goodman, who also served as an Interim School Superintendent, agreed to testify as a character witness during his hearings. He willingly served his country during the very heated war Desert Storm. Upon returning home from war, he continued in public service as a policeman. He was committed to his community by volunteering to coach and mentor in sports programs that targeted at-risk youth.

I am happy that Keith now demonstrates his commitment to restore his core values and reclaim his identity as a man of inner moral strength. He consistently displays the perseverance to produce tangible evidence of a changed life. Keith rededicated his life to his Christian faith and pursued his desire to be theologically educated. He enrolled in the Ministerial Training Program associated with The National Conservative Church and received a certificate of completion on May 29, 2001. Licensed to practice religious duties, he faithfully and actively participates in religious opportunities and onsite Bible study sessions in every Correctional Institution in which he is housed. While incarcerated at Coleman Correction Institution, he served as a lead liaison in Bible study classes. He is respected among his inmates and has maintained a stellar relationship among the staff throughout his incarceration.

Keith reinforces his dedication in reclaiming his identity by taking advantage of various secular learning opportunities while retained in the penal system. He has completed numerous courses with above average passing scores. Keith has proudly worked as a clerk in the legal library and also in other positions in laundry and kitchen duties. My brother has always engaged himself actively and productively. He enrolled in a Technical Online Program (Mainstream Engineering Corporation) that afforded him a certificate in Heating and Air Conditioning Repair (certificate no. P4572640E90243B60) on January 14, 2014. Keith participated in and received a certificate of completion for Personal Training as well. This is only a reflection of my limited recollection of all of Keith's many classes and accomplishments over seventeen years.

Mr. President, there are no words to adequately describe the pain our family has experienced while Keith has been incarcerated. We love Keith and we are committed to his success. Our family has already secured the resources to support him in reintegrating back into society and living a productive life. The deepest hurt has been that of my aging, widowed mother whose greatest desire is to see her son home before she dies. The peace of having her son live with her is invaluable to her. She will not sell her home because her hope is that Keith will one day return to a familiar place called "home".

Another of my brothers, Jeffery Coleman, has been self-employed over twenty years and welcomes the opportunity to train and provide Keith with a job working alongside him in the trucking business. I pastor a church and am able to offer employment in our Maintenance

Department. I also have a network of friends, parishioners and organizational relationships that have committed to my assistance by providing meaningful employment for Keith if he is granted civil freedom.

President Obama, my life is driven and fleshed out daily in the relentless conviction that people can change and do change. I am privy to see this reality in the worst of circumstances. It is hope that fuels my fire and drives me each day. I ask of you, Sir, to continue to stir within me the "audacity to hope" and the blessedness of hope's harvest by granting a pardon to my brother Keith G. Coleman. Thank you in advance.

With warmest regards, I remain.

Committed to the Call to Serve,

*Joyce C. Hall*

Joyce C. Hall