# EXHIBIT 3

U.S. Department of Justice
*Federal Bureau of Prisons*
*Federal Prison Industries*
Post Office Box 699

*Estill, South Carolina 29918*

MEMORANDUM FOR: Employer

FROM: Executive Management and Employee Supervisors (Unicor)

SUBJECT: Employee Assessment and Recommendation Form

To Whom It May Concern:

As Executive Management and Employees Supervisors at Federal Prison Industries Estill, SC we state that Inmate Coleman, Keith 09587-021 worked in Unicor Prison Industry from March 2007-December 2009. During this time we observed him grow from a novice employee in the Fleet Industry to an efficient Management Clerk that learned and assumed the responsibility for all basic vehicular movement through our SAP system. As well as assisting in determining the final destination of Fleet Vehicles.

With the proper coaching, Keith Coleman became exceptionally proficient in Word Processing, Excel, and Adobe Reader, Power Point and eventually he could handle any length of document making intricate formatting changes with spread sheets. Moreover, he served as an intricate part in assessing and communicating accurate information to Management that accounted for well over a million dollars a quarter.

Keith Coleman's possesses exceptional communication skills and, maintained a positive working relationship with staff as well as fellow inmates during his tenure as a clerk. His consistent good ethics were a timely reflection of his desire to achieve excellence in his assignment, such as researching errors, asking questions and advising successful resolution to complex issues related to the Industry. Accordingly, he was an asset to the overall mission of the Fleet Industry here at Estill, SC (F.C. I.).

To this extent, we are certain that Keith Coleman will succeed as an asset to your mission, thus we highly recommend him as an employee.

## UNICOR PRISON INDUSTRY (FLEET)
## EXECUTIVE STAFF AND EMPLOYEE SUPERVISORS
## F.C.I. ESTILL

SYLVESTER JENKINS
(Industrial Specialist)

ERIC JONES
(Factory Manager)

TIMON HOWELL
(Production Manager)

WALI SHABAZZ
(Contract Specialist)

## CHARACTER LETTER FOR KEITH COLEMAN

My name is Marla Hall Wallace. I have been employed with the Federal Bureau of Prisons for 13 years; I am an Addictions Specialist. I have known Inmate Keith Coleman five of those years. As a Recreation Specialist, I supervised Inmate Coleman who was an orderly in the recreation department. He performed assigned tasks with great detail. Inmate Coleman worked well with staff and inmates. Inmate Coleman consistently displayed a positive attitude and was a role model for the inmate population. While incarcerated, Inmate Coleman has diligently worked to rehabilitate himself. He taken advantage of courses offered at the institution that will allow him re-enter society and compete in today's job market. Inmate Coleman encourages and offer advice to other inmates in hopes they will improve themselves. Inmate Coleman has been a model inmate, based upon this, I believe he will be an asset to society if released.

U.S. DEPARTMENT OF JUSTICE               9/18/2006

# UNICOR

USP Coleman Furniture Factory
846 N.E. 54TH Terrace
Coleman, Florida 33521

Subject: Inmate Evaluation

From: Gina Picarelli, Factory Manager

Dear Sir,

Inmate Keith G. Coleman, 09587-021, has worked for USP Coleman's Furniture Factory since May 5, 2005. Since being hired in Unicor's Furniture Factory, he has taken the initiative, with little supervision to apply himself and demonstrates good work ethics. As a result of Inmate Coleman's positive work ethics among his peers as well as staff members, he has excelled in skills, job performances and able to train other inmates. Therefore, Coleman has been promoted to a position with a higher accountability and responsibility.

As Inmate Coleman's immediate supervisor, based upon my observance of his work ethics and excellent conduct among inmates and staff members, I am of the opinion, that Inmate Coleman is a good candidate to be considered for a Medium Level Security Facility.

*[signature]*
Gina Picarelli, Factory Manager

Joseph Owens, Jr.
Recreation Specialist
Federal Correctional Institution
Post Office 699
Estill, South Carolina 29918
(803) 625-4607
Phone: 803.625.4607, ext. 4310
Fax: 803.625.5617
Email: jowens@bop.gov

To whom it may concern,

I observed Inmate Keith Coleman work in the Recreation Department at FCI Estill. Since being hired I observed him take initiative with minimal supervision, apply himself and demonstrate a good work ethic as a Wellness Clerk. His organizational skills in assisting with the development of structured programs, has been an asset to the success of the Wellness program.   As a result of his positive work ethic among his peers as well as staff, he has excelled in skills, job performances and does well training other Inmates. Inmate Coleman's character and conduct is reflective of his positive change and willingness to be a productive member of society and overcome his past defeating ways. He has spent his time wisely, understanding the need to develop cognitive and living skills to provide himself as well as his family a stable and responsible life. Inmate Coleman has re-educated himself with life-skills, education and good experiences that can only be an asset to society, specifically in support of shaping the community into a positive and productive environment.

*J. Owens*

Mr. Robert T. Gates
100 Prison Rd.
Estill, SC 29918

### LETTER OF RECOMMENDATION AND CHARACTER FOR KEITH COLEMAN

I state that I am presently employed as a Recreation Specialist at FCI Estill. I have been employed as a Recreation Specialist here at Estill FCI since 2002. During my tenure here, Keith Coleman was assigned to my detail in January 2008. During his assigned time under my supervision, I observed him commit himself to the success of the mission in recreation. His exemplary behavior has been a model among his peers and well spoken of among Bureau Staff. I have personally communicated with him, supervised, and counseled him. His basic level of honesty and willingness to become a better person is starkly presented in his everyday living. I believe, from my personal knowledge of him over the years, that he has taken corrective actions through integrating his experiences and adjusting his behavior accordingly to become a better person. His integrity over the years here in Estill has a significant impact on the integrity of others.

Personally, I am of the opinion that, if given an opportunity, Keith Coleman will have a positive impact in his community.

*[signature]*
1-16-2013

Darryl Brown
P.O. 699
Estill, S.C. 29918

January 18, 2015

Re: Keith Coleman

To Whom It May Concern:

This letter is in reference to one, Keith Coleman. I have worked closely with Mr. Coleman over the last three (3) years. In that time I have noticed a determined and focused individual. Mr. Coleman is actively involved in self-development as well as self-improvement. He is driven and takes initiative. I have noticed a "can do" attitude in how Mr. Coleman embarks upon and carry's out his tasks.

Over the last several months, the Religious Services Department has undergone a complete restructuring. Mr. Coleman has been instrumental in assisting our team in maintaining continuity in the delivery of our services.

Mr. Coleman is an invigorating lay leader and a powerful praise leader. He is spiritually mature and mentally prepared. I believe Mr. Coleman to be and will be a success at whatever the Lord sets his heart to feel and his hands to do.

Respectfully Submitted;

Darryl Brown, Religious Services Department
Federal Correctional Institution,
Estill, South Carolina 29918

To Whom It May Concern,

From: Mr. A. Mcfarrin

FSA FCI Estill SC. 29918

Mr. Coleman asked to write a character reference letter for him. The truth is that I already thought of doing so, before he made the request.

Mr. Coleman is a man of good moral character. It may seem hard to believe given his lengthy sentence. I have known him a little over a year and believe he is a decent man. I have watched Mr. Coleman go through ups and downs and he has always handled them accordingly. He moves forward through those tough times and always maintains a positive outlook. Mr. Coleman helps organize activities in the recreation department for the inmate population. The inmate population looks forward to these activities. He is smart and excels in classes he takes at the prison.

Mr. Coleman has proven that he has great work ethic. He has been assigned task with increasing difficulty and completes them with little supervision. He is entrusted with training other inmates on skills that are needed for the job. He has worked his way up from being employed at the less skilled jobs, to the jobs that have greater responsibility and require being a self-starter. Mr. Coleman is a self motivated individual that works well with little supervision. He is punctual and hard working with a wide-range of knowledge. He handles responsibility well and possesses outstanding leadership abilities. Mr. Coleman is willing to go beyond what is required and enjoys taking on new responsibilities.

Maturity is probably the trait Mr. Coleman has improved on most. He displays a high degree of emotional maturity. He maintains strong self-control in situations that don't necessarily go his way and confronts reality. Mr. Coleman displays maturity in handling disappointments, keeps anger under control, and avoids overreacting. He has avoided any disciplinary reports by making good decisions in a challenging environment. He has talked about being extremely embarrassed about the crime he committed and is remorseful. Mr. Coleman realizes how his crime has affected other individuals and always speaks about the having the opportunity to do things differently. Until he has this opportunity, he reaches out to the younger inmate population to mentor them and show them a better way. He encourages them to attend classes, learn a skill, and maintain employment to give them opportunities upon release. This leads me to believe he is a changed individual and can be an upstanding individual in society.

In closing I truly believe Mr. Coleman is not the same individual that he was when committed the crimes. He has displayed good behavior and been a person of integrity. He follows directions, possesses great work ethics, and has displayed maturity. I believe Mr. Coleman would be a contributing member to society.

F. Cruz
100 Prison Rd.
Estill, SC 29918

## LETTER OF RECOMMENDATION AND CHARACTER FOR KEITH COLEMAN

Since being employed here at FCI Estill as a Correctional Officer and subsequently promoted to a Cook Foreman, I have observed Keith Coleman's character in both capacities. In so doing, I've observed his devotion to pursue integrity. His commitment to live with integrity among his peers has had a positive impact within the environment in which he lives. The realities of prison are evident, in that Keith Coleman is not isolated from the many challenges of negative influences; nonetheless, his commitment to pursue a moral standard of conduct has been substantial. My numerous observances and conversations with Keith Coleman over the years draw me to the conclusion that he has in fact looked back at what previously set him off track, has confronted the errors of his past, and has overcome them. He has used his reprehensible history as a guiding post to moral decision making, and his results have been remarkable.

It is my hope and prayer that my affirmations of his public character and daily integrity will have substantial impact on his endeavors to apprehend a second opportunity of life outside of prison walls.

F Cruz    1-30-15

To Whom It May Concern,

Mr. Coleman asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. I feel strongly about Mr. Coleman's future, and I want to try to make you feel the same way. I have seen Keith Coleman in a variety of capacities for many years. He has worked for me as office clerk for the past several years.

Mr. Coleman is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have seen him go through ups and downs, but all the while I have been convinced that he is a decent person at the core. He is incredibly remorseful, and is willing to do whatever it takes to make reparations, if possible. He needs a second chance to have that opportunity.

Mr. Coleman is efficient and extremely competent. He often successfully finishes a task well before the deadline. He is extremely organized, and never misses a deadline or forgets an assignment. Mr. Coleman is an intelligent, capable, dedicated, and personable man. He is always quick on his feet, with sensible reactions in all the circumstances I've seen him in. I feel confident in saying that he is capable of handling any situation with thoughtfulness and maturity.

Mr. Coleman also has an excellent rapport with people of all ages and different levels of administration. His excellent communication skills (both written and verbal) allow him to connect with all kinds of people.

In summary, I'd like to restate my strong support for Mr. Coleman. I highly recommend him for any position or endeavor that he may seek to pursue. I'm confident that he will surpass your expectations. He will be a valuable asset for any organization. I just hope you will recognize the power you wield with regard to the future of this man, and make a fair decision.

Thank you,

Food Service Administrator

FCI Estill

**U. S. Department of Justice**
*Federal Bureau of Prisons*
*Federal Correctional Institution*
*Post Office Box 699*
*Estill, South Carolina 29918*

*Office of Psychology Services*

April 18, 2017

Re: Mr. Keith J. Coleman

To Whom It May Concern,

While incarcerated at the Federal Correctional Institution-Estill (FCI-Estill), Mr. Coleman attended the Victim Impact and Criminal Thinking group offered by Psychology Services. Mr. Coleman participated actively in the group and successfully completed the 12 hour program on December 20, 2016. Part of this program is bringing in volunteers from the community, who have been victims of crime, to speak with the inmate participants. Mr. Coleman, has been trying to assist in this effort by reaching out to individuals in his nearby hometown of Savannah who might be interested in speaking.

Sincerely,

Carey Zimmermann, Psy.D.
Staff Psychologist