# EXHIBIT 4

**INMATE SKILLS DEVELOPMENT PLAN**  **PROGRESS REPORT: 07-19-2012**
Name: COLEMAN, KEITH J                                            RegNo: 09587-021

## ACADEMIC

| Status | Response Summary |
|---|---|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊖ no intellectual deficits<br>① has NOT attended special education classes |
| ? | **LITERACY**<br>① some college, with High School diploma<br>⊖ Not all test results passing |
| ✓ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ! | **COMPUTER SKILLS**<br>⊕ possesses keyboarding skills<br>⊕ possesses word processing skills<br>⊖ lacks internet navigation skills |

### Progress and Goals

**PREVIOUS PROGRESS REPORT: 20090305**

**PREVIOUS TEAM: 20090810**

The Unit Team recommends that you maintain clear conduct, good sanitation, good work reports for 180 days from 02-10-2009 - 08-10-2009, enroll in and complete 1 ACE class by 08-2009.

**PREVIOUS TEAM: 20090812**

Currently enrolled in food safety management program and a correspondence course. Excellent student with good participation. Recommend continutation towards completion by October 1, 2009.

**PREVIOUS TEAM: 20100121**

Currently enrolled in a correspondence course. Coleman consistently remains in some type of education or recreation program. Excellent student who sets goals for himself and follows through.

**PREVIOUS TEAM: 20100709**

Progress: Coleman continues his enrollment in a Correspondence Course. He is also enrolled in numerous other Vocational classes. Goal (G): Continue in classes through completion. Long Term Goal (LTG): Complete all components of Computer Technology by July 1, 2012.

**PREVIOUS TEAM: 20101230**

Progress: Coleman continues his enrollment in Computer Technology and a Correspondence Course. (G): Continue in classes through completion.
(LTG): Complete all components of Computer Technology by 06-01-2012.

**PREVIOUS TEAM: 20110812**


**PREVIOUS TEAM: 20120425**

This team was completed on 02-03-2012, but not archived.

**PREVIOUS TEAM: 20120719**

Follow up with education staff for literacy needs.

**INMATE SKILLS DEVELOPMENT PLAN**  **PROGRESS REPORT: 07-19-2012**
Name: COLEMAN, KEITH J                                                   RegNo: 09587-021

## VOCATIONAL/CAREER

| Status | Response Summary |
|---|---|
| ✓ | **EMPLOYMENT HISTORY**<br>① employed at time of arrest<br>⊕ consistent employment history within 5 years prior to incarceration |
| ❗ | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>① Community and Social Services - 21<br>① Farming, Fishing, and Forestry - 45<br>① Installation, Maintenance, and Repair - 49<br>① Military Specific - 55<br>① Other, specify,... Mechanic<br><br>⊖ no realistic career/job goals upon release |
| ✓ | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>   Eval: 07-04-2012 Outstanding<br>   Eval: 06-04-2012 Outstanding<br>   Eval: 05-04-2012 Outstanding<br>   Eval: 04-04-2012 Outstanding<br>   Eval: 03-04-2012 Outstanding<br>   Eval: 02-04-2011 Outstanding |
| ❗ | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured<br>① other: Too early to determine<br><br>① release documents obtained to date:<br>⊖ missing current resume<br>⊖ missing application cover letter<br>⊖ missing letter of referral from previous employer(s)<br>⊖ missing job evaluations<br>⊕ education documents obtained<br>① HS Diploma obtained<br>① other: ServSafe Certification; National Readiness Certification; and Commercial Drivers License/12-hour classroom course. |

## INMATE SKILLS DEVELOPMENT PLAN
Name: COLEMAN, KEITH J

**PROGRESS REPORT: 07-19-2012**
RegNo: 09587-021

### VOCATIONAL/CAREER

| Progress and Goals |
|---|
| **PREVIOUS PROGRESS REPORT:** 20090305<br><br>**PREVIOUS TEAM:** 20090810<br><br>Has LIFE sentence but will seek viable and lawful employment if ever released from federal custody<br><br>**PREVIOUS TEAM:** 20090612<br><br>Coleman is assigned to FPI Factory. The work supervisor does not forward work reports to the unit team. There are no negative reports on file. Continue in a steady job assignment over the next 180 days.<br><br>**PREVIOUS TEAM:** 20100121<br><br>As of December 21, 2009, assigned to Recreation work detail, due to UNICOR closure. There are no work evaluations on file. Continue in a steady job assignment over the next 180 days.<br><br>Coleman is currently enrolled in Job Skills Assessment. He completed Servsafe on October 2, 2009.<br><br>**PREVIOUS TEAM:** 20100709<br><br>Progress: Coleman continues his job assignment in Recreation. He is currently enrolled in the Wheels of Learning (WOL) Core class for entry into a Vocational Program. (G): Continue in a steady job assignment with good or better work evaluations. Continue in WOL class through completion. (LTG): Enroll in and complete a Vocational program of choice with Certification by July 1, 2013.<br><br>**PREVIOUS TEAM:** 20101230<br><br>Progress: Coleman continues his job in Recreation, where he earns good to outstanding work evaluations. He completed WOL Core Class on 09-01-2010. He also completed Business Math and Word 2000 on 10-01-2010. He is currently enrolled in Records Management and Excel 2002. (G): Continue in current classes through completion. (LTG): Complete a VT program of choice with certification by 12-01-2012.<br><br>**PREVIOUS TEAM:** 20110612<br><br><br>**PREVIOUS TEAM:** 20120428<br><br><br>**PREVIOUS TEAM:** 20120719<br><br>Enroll in a Vocational Training (VT) course/Career Development class of choice by next team review. |

### INTERPERSONAL

| Status | Response Summary |
|---|---|
| ⊙ | **RELATIONSHIPS**<br>⊖ witness to domestic violence<br>⊖ negative peer influences prior to incarceration<br>① criminal associates |
| ✓ | **FAMILY TIES/SUPPORT SYSTEM**<br>⊕ consistent social support available<br>  Immediate Family: Financial<br>  Immediate Family: Emotional |