# EXHIBIT 5

Department of Justice Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN PROGRESS REPORT: 04-18-2017

**INTERPERSONAL** *** Disregard Response Summary and utilize only the Progress & Goals section ***

### Progress and Goals

**PREVIOUS TEAM: 20090812**

Maintain family/community ties through correspondence, telephone calls, and visitation, if possible.

**PREVIOUS TEAM: 20110812**

The Unit Team recommends that you establish and maintain a good rapport with staff and fellow inmates through 02-2012

**PREVIOUS TEAM: 20120426**

Coleman maintains a good rapport with staff and peers.

**PREVIOUS TEAM: 20131121**

Enroll in Managing Negative People or Diversity Management, by next team review.

**PREVIOUS TEAM: 20140508**

No enrollments in this area. By next team review, enroll in Change Management or Hidden Keys to Relationships.

**PREVIOUS TEAM: 20141017**

Coleman has not enrolled in recommended programming for this area. By next team review, enroll in Managing Negative People, or Working Together.

**PREVIOUS TEAM: 20150403**

Progress: Coleman has not enrolled in recommended programming for this area. Goal: By next team, enroll in Inside Out Dad, Hidden Keys to Relationships, or any available Parenting Class. Long Term Goal: Complete three or more Parenting/Interpersonal classes or related Self-Study workbooks as offered by 02-25-2016.

**PREVIOUS TEAM: 20150911**

Progress: Coleman has not enrolled in recommended programming for this area. Goal: By next team, enroll in Communication Skills, Working Together, or any available Parenting Class. Long Term Goal: Complete three or more Parenting/Interpersonal classes or related Self-Study workbooks as offered by 08-31-2016.

**PREVIOUS TEAM: 20160302**

Progress: Coleman has not enrolled in recommended programming for this area.

Goal: By next team, enroll in Building Trust; Inside/Out Dad, or any available Parenting Class. Long Term Goal: Complete three or more Parenting/Interpersonal classes or related Self-Study workbooks as offered by 02-28-2017.

**PREVIOUS TEAM: 20160810**

Progress: Coleman has not enrolled in a Parenting related class. Goals: By next team, enroll in Working Together, Hidden Keys to Relationships, or any available Parenting Class. Long Term Goal: Complete three or more Parenting/Interpersonal classes or related Self-Study workbooks as offered by 06-30-2017.

**PREVIOUS TEAM: 20170120**

Progress: Since last team, Coleman has not enrolled in a Parenting related class.
Short Term Goals: By next team, enroll in Business of Listening, Negotiating Basics, or any available Parenting Class. Long Term Goal: Complete three or more Parenting/Interpersonal classes or related Self-Study workbooks as offered by 12-31-2017.

CURRENT PROGRESS: Although Mr. Coleman has not enrolled in any Parenting programs, Education has determined that he will be placed on the waiting list. They also confirmed that these classes, which were recommended by his Unit Team, are not available and are subject to change based on a quarterly rotation. He continues to program and he has taken Leadership and Influence. It should be noted, Mr. Coleman has not received an incident report since he began his incarceration in 1998.

Name: COLEMAN, KEITH J                                                                                   RegNo: 09687-021

## MENTAL HEALTH       *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary | |
|---|---|---|
| ❗ | **SUBSTANCE ABUSE MANAGEMENT** | |
|  | ① no evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest | |
|  | ⊖ no history of substance abuse treatment | |
|  | ① not currently participating in substance abuse treatment | |
| ✓ | **MENTAL ILLNESS MANAGEMENT** | |
|  | ⊕ no history of mental health diagnosis prior to incarceration | |
|  | ⊕ no mental health diagnosis during incarceration | |
|  | ⊕ no history of serious suicidal ideation or attempts | |
| ✓ | **TRANSITIONAL PLAN** | |
|  | ⊕ no medication required upon release from custody | |
|  | ⊕ does not require on-going treatment after release from custody | |
|  | ① RRC placement not applicable | |
| ✓ | **APPROPRIATE SEXUAL BEHAVIOR** | |
|  | ⊕ no evidence of sexually inappropriate behavior | |

Department of Justice — Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN       PROGRESS REPORT: 04-18-2017

### MENTAL HEALTH      *** Disregard Response Summary and utilize only the Progress & Goals section ***

**Progress and Goals**

**PREVIOUS TEAM: 20110812**

The Unit Team recommends that you seek Psychology Services on an as needed basis and enroll in and be on the waiting list to take the 40 Hour DAP through / by 02-2012

**PREVIOUS TEAM: 20120426**

Coleman is not required to complete drug programming. He may voluntarily enroll if he chooses.

**PREVIOUS TEAM: 20131121**

Enroll in Drug Education, or complete the Substance Abuse Workbook, through Psychology Services, by next team review.

**PREVIOUS TEAM: 20140508**

No enrollments in this area since last team. By next team review, complete at least one of the following self-study workbooks through Psychology Services: Co-dependence; Substance Abuse; or How to Escape Your Prison.

**PREVIOUS TEAM: 20141017**

Coleman has not enrolled in recommended programming for this area. Prior to next team, complete one of the following self-study workbooks from Psychology Services, such as: Compulsive Gambling; Emotional Rehabilitation; or How to Escape Your Prison.

**PREVIOUS TEAM: 20150403**

Progress: Coleman is enrolled in a Psychology Correspondence Course. Unit Team, no longer required to make recommendations pertaining to this area.

**PREVIOUS TEAM: 20170120**

PSY: I/M successfully completed the Victim Impact and Criminal Thinking group (12 hours).

CURRENT PROGRESS: Mr. Coleman has completed the Victim Impact and Criminal Thinking group (12 hours). Although there is no longer a requirement for his Unit Team to recommend programs in this area, he has met the recommended requirements from Psychology in this area. Mr. Coleman continues to participate in self study courses.

### COGNITIVE      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary | |
|---|---|---|
| ✓ | **GENERAL BEHAVIOR** ⊕ no evidence of behavioral problems as a juvenile ⊕ no evidence of behavioral problems as an adult | |
| ✓ | **CRIMINAL HISTORY** ⊕ no prior convictions AND current conviction is non-violent/non-sex offense   drug offenses: Single occurrence(s) | |
| ✓ | **DOMESTIC VIOLENCE/ABUSE** ⊕ no history of domestic violence or abuse | |
| ✓ | **CRIMINAL BEHAVIOR** ⊕ no onset of criminal behavior before the age of 14 ⊕ no criminal versatility: Convictions in less than 3 categories ⊕ no significant history of violence: Less than 2 violent convictions | |

Department of Justice  
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons  
**PROGRESS REPORT: 04-18-2017**

**CHARACTER**    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary | |
|---|---|---|
| ✓ | **PERSONAL CHARACTER**<br>⊕ behaviors indicative of positive personal character;<br>⊕ regular volunteer work (not court ordered)<br>⊕ evidence of spirituality<br>　　talks to a friend or mentor about spiritual/religious issues: Sometimes<br>　　active participation in a faith group: Sometimes<br>　　connected to outside spiritual/religious community: Sometimes<br>　　examines actions to see if they reflect values: Always<br>　　finds meaning in times of hardship: Always<br>⊕ charitable contributions<br>⊕ assistance to strangers without expectation of reward<br>⊕ fulfills financial obligations<br>⊕ other: Made Charitable Contributions to the YMCA Beaufort Snack Drive August 2012<br>① religious assignment: PROTESTANT<br><br>⊕ no evidence easily influenced by other | |
| ✓ | **PERSONAL RESPONSIBILITY**<br>① reports responsibility for current incarceration as:<br>⊕ self (sole responsibility)<br><br>⊕ made efforts to make amends for their crime(s)<br>⊕ engages in activities which assist victims affected by their type of crime(s)<br>⊕ assist community efforts to restore areas affected by their type of crime(s)<br>⊕ provide support to organization(s) that assist victims of crime, particularly their type crime(s)<br>⊕ advocates to deter future crimes related to their crime(s) | |

**Progress and Goals**

PREVIOUS TEAM: 20090812

Regularly participates in Protestant chapel services. It is hoped he will continue to take advantage of chapel services in order to deepen and maintain his personal spiritual life.

PREVIOUS TEAM: 20110812

The Unit Team recommends that you seek Religious Services / Activities on a regular basis through 02-2012

PREVIOUS TEAM: 20120426

Inmate made a charitable contribution to Blessing in a Backpack on May 30, 2012.
Inmate Coleman has demonstrated positive spiritual life among the inmate population. He has faithfully attended the Protestant Worship Services and has consistently assisted in the worship services and the choir. With perseverance, inmate's spiritual behavior should prepare him greatly for life upon release.

PREVIOUS TEAM: 20121221

Inmate Coleman attends the Protestant Worship Services each week and is a strong supporter of the chapel Christian programs. He organized the 2012 Easter Program and is a faithful member on the chapel choir. Inmate's strong spirituality is a Positive aspect in his correctional journey. Charitable contributions made to the Low Country Food Bank in November 2012.

CURRENT PROGRESS:
Mr. Coleman continues to attend the Protestant Worship Services each week and is a strong supporter of the chapel Christian programs. He organized the 2016 and 2017 Easter Program and is a faithful member on the chapel choir. Mr. Coleman utilizes his faith in a positive manner throughout his incarceration. Mr. Coleman continues to meet, and surpass staffs recommendations in this area.