UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 JUN 27 P 12: 22
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Keith J. Coleman | ) Case No: CR497-00181-001 |
| | ) USM No: 09587-021 |
| Date of Original Judgment: January 28, 1998 | ) Joyce M. Griggs |
| Date of Previous Amended Judgment: | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of Life as to Count 1, and 480 months as to Counts 2, 4, 5, 6, 7, and 9, all to be served concurrently, plus 60 months consecutive as to Count 3 **is reduced to** 365 months as to Counts 1, 2, 4, 5, 6, 7, and 9, all to be served concurrently, plus 60 months to be served consecutively as to Count 3 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated  January 28, 1998,  shall remain in effect.
**IT IS SO ORDERED.**
Order Date: June 27, 2017

_____
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*